FILED
2019 May-31 AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| GARY SCARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-00706-MHH |
| | ) | |
| BP EXPLORATION & PRODUCTION, | ) | |
| INC., and BP AMERICA | ) | |
| PRODUCTION COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION BY BP EXPLORATION & PRODUCTION, INC.
AND BP AMERICA PRODUCTION COMPANY
TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Kevin M. Hodges, of the law firm Williams & Connolly LLP, Catherine Pyune McEldowney, of the law firm Maron Marvel Bradley Anderson & Tardy LLC; Don Keller Haycraft, of the law firm Liskow & Lewis hereby request permission to withdraw as counsel of record for Defendants BP Exploration & Production, Inc. and BP America Production Company, and to substitute in their place Harlan I. Prater, IV, Wesley B. Gilchrist, and Amber N. Hall, of the law firm Lightfoot, Franklin & White LLC, as the Defendants' counsel. This withdrawal and substitution will not prejudice any party or affect any pre-trial or trial deadlines.

Respectfully submitted,

*/s/ Kevin M. Hodges (with consent)*
Kevin M. Hodges
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 4340-5029

*/s/ Catherine Pyune McEldowney (with consent)*
Catherine Pyune McEldowney
MARON MARVEL BRADLEY &
ANDERSON LLC
1201 North Market Street, Suite 900
Wilmington, DE 19801
Telephone: (302) 425-5177
Fax: (302) 425-0180

*/s/ Don K. Haycraft (with consent)*
Don K. Haycraft
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Fax: (504) 556-4108

*/s/ Harlan I. Prater, IV*
Harlan I. Prater, IV (PRATH7485)
ASB-7485-T62H
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
hprater@lightfootlaw.com

*/s/ Wesley B. Gilchrist*
Wesley B. Gilchrist (GILCW4083)
ASB-4083-E43G
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
wghilchrist@lightfootlaw.com

*/s/ Amber N. Hall*
Amber N. Hall (HALLA3816)
ASB-3816-Q15G
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
ahall@lightfootlaw.com

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Amber N. Hall*
Of Counsel